IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROGER R. SWANSON SR.,

          Petitioner,

vs.

ROB JEFFREYS,

          Respondent.

8:24CV396

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion filed by Respondent seeking to extend his deadline to file a motion for summary judgment or state court records in support of an answer from July 7, 2025, as set forth in this Court's May 5, 2025, Order, Filing No. 13, to August 7, 2025. Filing No. 15. As cause, counsel for Respondent submits that additional time is needed to review the record and prepare his response due to his recent workload in other matters leaving him little time to prepare an answer in the instant matter. *Id.*

Upon consideration,

**IT IS ORDERED** that:

1. Respondent's Motion, Filing No. 15, is **GRANTED**. Respondent shall have until **August 7, 2025**, to file a motion for summary judgment or state court records in support of an answer.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of July 7, 2025 (deadline for Respondent to file state court records in support of answer or motion for summary judgment), and the previous pro se case management deadline of August 4, 2025 (check for Respondent's answer and separate brief).

3. The Clerk's Office is further directed to set the following pro se case management deadlines: **August 7, 2025**, deadline for Respondent to file state court records in support of answer or motion for summary judgment, and **September 8, 2025**, check for Respondent's answer and separate brief.

Dated this 8th day of July, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge